PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

**Name of Offender:** Clifford Moten **Case Number:** 1:02CR00041-01ML

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** September 16, 2002

**Original Offense:** Felon in Possession of a Firearm

**Original Sentence:** Fifty-one months imprisonment, three years supervised release with special conditions that the defendant participate in a substance abuse treatment program and that the defendant seek and maintain employment. Special Assessment $100

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** November 7, 2005

---

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall participate in a program approved by the U.S. Probation Department for inpatient/outpatient substance abuse treatment, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol.**

**CAUSE**

Clifford Moten commenced a three year term of supervised release on November 7, 2005. He was referred to Providence Community Action, Division of Clinical Services for outpatient substance abuse treatment on November 14, 2005 and completed his initial assessment on December 8, 2005. Despite his continued participation in outpatient treatment, on February 6, 2006, Mr. Moten provided a urine screen at the probation office which tested positive for MDA, a component of Ecstacy and Cocaine. Mr. Moten denied use at the time of the test, but on February 15, 2006 during a conference call from his treatment session, he admitted to the undersigned officer that he was depressed and had used cocaine on February 4, 2006 and February 5, 2006. At that time, his outpatient treatment was increased to two group sessions and one individual session per week. On February 21, 2006, the defendant provided a urine screen at the probation office which tested positive for Methamphetamine, Ecstacy and Cocaine. On March 9, 2006, while in session, Mr. Moten's outpatient counselor addressed the positive screen. He admitted that he was using illicit substances. He reported his last use was on March 7, 2006.

On December 11, 2005, Mr. Moten was arrested and charged in Sixth Division District Court (Docket. # 61-2005-22599) with Driving on a Suspended License. The case was disposed on February 24, 2006 and the defendant was ordered to make further payments. On January 21, 2006, Mr. Moten was arrested and charged in Sixth Division

District Court (Docket # 61-2006-02678) with Driving on a Suspended License. The case was disposed on February 10, 2006, and he was fined $350. Court Costs were also imposed in the amount of $117.

Additionally, Mr. Moten has failed to secure employment. He has attended several sessions with the Department of Labor and Training employment program, however, he has failed to secure full-time employment.

Based on the intensity of his relapse, his failure to secure employment and his most recent arrests, it is apparent that Mr. Moten is in need of inpatient treatment. He was referred to Gosnold Inc., on March 15, 2006 and was admitted on March 16, 2006.

Mr. Moten has signed the attached Waiver of Hearing to Modify Conditions of Supervised Release.

Assistant United States Attorney Stephanie Browne has no objection to the requested modification of supervised release.

| Reviewed and Approved by: | Respectfully Submitted by: |
| --- | --- |
| [signature] | [signature] |
| **Barry J. Weiner** | **Kathleen M. Hopkins** |
| **Chief U.S. Probation Officer** | **U.S. Probation Officer** |
| Date: 3/16/06 | Date: 3/16/06 |

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

[signature]
Honorable Mary M. Lisi
U.S. District Judge

March 17, 2006
Date

Prob 49
(Rev. 3/89)

# United States District Court
# for
# The District of Rhode Island

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in a program approved by the U.S. Probation Department for inpatient/outpatient substance abuse treatment, which program may include testing to determine whether the offender has reverted to the use of drugs or alcohol.

Witness: [signature] Signed: [signature]

3/15/06
Date